# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 11-181 |
| FORREST B. SMITH | SECTION "N" |

## ORDER AND REASONS

Before the Court is the "Motion to Review Order of Detention" (Rec. Doc. 21), filed by Defendant Forrest B. Smith. This motion is opposed by the Government. (See Rec. Doc. 24). After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that the **"Motion to Review Order of Detention" (Rec. Doc. 21)** is **DENIED**, for substantially the same reasons as set forth by the Government in its Opposition Memorandum at Rec. Doc. 24.

New Orleans, Louisiana, this 15th day of September, 2011.

_____
**KURT D. ENGELHARDT**
**United States District Judge**